IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

Mattie W. Johnson,     *    Chapter 13 Case No. 12-32593
xxx-xx-7787

Debtor(s)

## OBJECTION TO CLAIM

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION**

Comes the debtor, by and through counsel, and objects to the following claim:

| | |
|---|---|
| Claimant: | InSolve Recovery LLC |
| Claim Number | 0003 |
| Date Filed | December 3, 2012 |
| Claim Amount | $1,801.64 |
| Date Last Transaction | November 2005 |

On information and belief, said claim is barred by the Statute of Limitations and is not enforceable against the debtor or debtor's estate. Code of Alabama Section 6-2-34 and/or 6-2-37.

WHEREFORE, debtor prays that this Court will enter an order disallowing the above mentioned claim.

Dated: May 30, 2014

/s/ Earl Gillian, Jr.

_____
Earl Gillian, Jr. ASB-9586-172E
Attorney for Debtor
Suite 1000 Bell Building
207 Montgomery Street
Montgomery, Alabama 36104
(334) 263-2306
Egillian@bellsouth.net

Certificate of Service

I hereby certify that on this date I have served a copy of the foregoing objection to claim and Notice of Electronic filing as follows:

By CM/ECF:

    Curtis C. Reding, Trustee

by first class mail, postage prepaid:

    InSolve Recovery LLC
    c/o Capital Recovery Group LLC
    P.O. Box 123203
    Dallas, TX 75312-3203

Dated: May 30, 2014

    /s/ Earl Gillian, Jr.
    _____